UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHIYO HARRIGAN,<br><br>                    Plaintiff,<br><br>        v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>                    Defendants. | No.  2:25-cv-0891 DJC SCR<br><br><br>ORDER |

This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.  On April 28, 2026, the Magistrate Judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  ECF No. 12.  Neither party has filed objections to the findings and recommendations.

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the Magistrate Judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

        1.  The findings and recommendations filed April 28, 2026, are adopted in full;

        2.  Plaintiff's motion for summary judgment (ECF No. 8), is GRANTED;

3.  Defendant's cross-motion for summary judgment (ECF No. 10) is DENIED;

4.  The Commissioner's final decision in this matter is VACATED AND REMANDED for further proceedings, including further development of the record in accordance with this decision; and

5.  The Clerk of the Court enter judgment and close this case.

IT IS SO ORDERED.

Dated:   **June 29, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

Harr0891.801

2